NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HIP, INC.,**

*Plaintiff-Appellant*

**v.**

**HORMEL FOODS CORPORATION, HORMEL FOODS CORPORATE SERVICES, LLC, OSCEOLA FOOD, LLC, ROCHELLE FOODS, LLC, DOLD FOODS, LLC,**

*Defendants-Appellees*

---

2019-2076

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00615-CFC, Judge Colm F. Connolly.

---

**JUDGMENT**

---

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by JAMES BENDER, Greensboro, NC.

KURT JOHN NIEDERLUECKE, Fredrikson & Byron, PA, Minneapolis, MN, argued for defendants-appellees. Also

represented     by     LAURA     LYNN     MYERS,     BARBARA
MARCHEVSKY, TIMOTHY MICHAEL O'SHEA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and
WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 6, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |